HAGENAH, Appellant, vs. MILWAUKEE ELECTRIC RAILWAY & LIGHT COMPANY, Respondent.

*May 12—September 29, 1908.*

*Affirmance on equal division of court.*

APPEAL from a judgment of the circuit court for Milwaukee county: JOHN K. PARISH, Judge.    *Affirmed.*

This action was brought to recover for personal injuries. At the time of injury the plaintiff, a street laborer, was working for the Wisconsin Telephone Company placing gravel between cedar blocks in the street, and while thus employed was run into by one of defendant's cars.    The issues involved were negligence of defendant and contributory negligence of plaintiff.    The court below nonsuited plaintiff, and judgment was entered in favor of defendant dismissing the complaint, from which judgment this appeal was taken.

For the appellant there was a brief by *Glicksman & Gold,* and oral argument by *W. L. Gold.*

*Clarke M. Rosecrantz,* for the respondent.

The following opinion was filed June 17, 1908:

PER CURIAM.    Justice TIMLIN having been of counsel in this case and not sitting, the court, after a careful consideration of the questions involved, is equally divided; three justices favoring affirmance and three reversal.    This situation, under the established rule, necessitates affirmance of the judgment below.    *Jacobs v. Queen Ins. Co.* 123 Wis. 608, 101 N. W. 1090; *Swenson v. Flint,* 123 Wis. 613, 101 N. W. 1135; *Francisco v. Hatch,* 124 Wis. 220, 101 N. W. 1135; *Cook v. M., St. P. & S. S. M. R. Co.* 125 Wis. 528, 103 N. W. 1097.

*By the Court.*—The judgment of the court below is affirmed.

A motion for a rehearing was denied September 29, 1908.